ADOLF KAUNITZ, as Executor of FANNIE KAUNITZ, Deceased, et al., Respondents, v. CARL VIEBROCK, Appellant.—

No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.